UNITED STATES DISTRICT COURT    FILED '08 NOV 18 15:02 USDC-ORP

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>    v.<br><br>DON THOMAS McNEILL,<br><br>    Respondent. | Civil Case No. CV 08-824 BR<br><br><br>ORDER |

Upon the motion of Petitioner United States, this action is dismissed without prejudice.

DATED: __11-18-08__

_____
HONORABLE ANNA J. BROWN
UNITED STATES DISTRICT JUDGE

Presented by:

Dated: November 17, 2008

KARIN J. IMMERGUT
United States Attorney
District of Oregon
Oregon State Bar No. 96314

_/s/ Ronald K. Silver_____
RONALD K. SILVER.
Assistant United States Attorney
United States Attorney's Office
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Telephone:    (503) 727-1044
Facsimile:    (503) 727-1117
ron.silver@usdoj.gov
        Attorneys for Petitioner

**Page 1**    **Order**
        _United States v. McNeill_, CV 08-824 BR